UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Charles Lee Maultrie JR.,

Inmate ID Number: 9940708237,

Charles Lee Maultrie Jr 9940708237,
*(Write the full name and inmate ID number of the Plaintiff.)*

v.

Patrick D. Kelly,

John A. Fox,

_____,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No.: 3:21cv4036-LC-HTC
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ YES ☐ NO

FILED USDC FLND PN
DEC 10 '21 PM12:47

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Charles L. Maultrie Jr   ID Number: 9940708237

List all other names by which you have been known: _____

Current Institution: Escambia County Jail

Address: 3C 208A

P.O. Box 17800 Pensacola, Fl. 32522

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Patrick D. Kelly

   Official Position: Police Officer

   Employed at: Pensacola Police Department

   Mailing Address: 711 North Hayne Street

   Pensacola, Fl. 32501 (Escambia County)

   ☑ Sued in Individual Capacity   ☐ Sued in Official Capacity

2. Defendant's Name: John A. Fox

   Official Position: Police Officer

   Employed at: Pensacola Police Department

   Mailing Address: 711 North Hayne Street
   Pensacola, Fl. 32501 (Escambia County)

   ☑ Sued in Individual Capacity ☐ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   ☐ Sued in Individual Capacity ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☑ Pretrial Detainee   ☐ Civilly Committed Detainee

☐ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee   ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

On November 3, 2020 Officer Patrick D. Kelly alone with several other officers entered my Residence at Days Inn Motel 710 N. Palafox Street Room #168 Pensacola, Fl. 32501 without a search warrant or my consent; claiming to search for other occupants and to secure my Room. He got the key from the motel staff without inquiring myself to do so. The question is: If my Room was unsecured then why would he need a key if key was needed then that means the Room was already secured. Under the affirmation of this or these statement Officer Patrik D. Kelly violated my 4th Amendment Right by entering my Room or Resident without a search warrant or a consent. I myself did not give the officers consent to enter my Room.

Statement of Facts Continued *(Page 5 of 13)*

On November 3, 2020 officer John A. Fox, Officer Lieutenant Thompson and K9 officer Zachary Harris detain me and two other occupant inside of car parked "Buick Sedan bearing Fl. tag #PCFS20" Officer Zachary Harris then deployed the K9 from his vehicle and he began to walk the animal around the vehichle while Officer John A. Fox stood blocking the driver side Door, Lieutenant Thompson stood blocking the Passenger side Door where I myself was seated. Officer Zachary Harris claimed the K9 alert on the vehicle. Officer John A. Fox Instructed myself "Passenger", Bailey J. Fiedler "back seat Passenger" and Daniel L. Beasley "Driver Seat occupant" to exit the vehicle. Officer John A. Fox begin to search through my personal concealed bag without a search warrant or consent from me or any other occupant of the vehichle. The bag was on the floor—

Statement of Facts Continued (Page 6 of 13)
of the passenger side of the vehichle where Officer John A. Fox and Lieutenant Thompson Knew I was seated befor I myself was instructed to Exit the vehicle. Doing this flagrant and misconduct of the Officers (John A. Fox, Zachary Harris, Lieutenant Thompson) I myself and or None of the Occupant of the vehicle was be arrested so therefore the search of the vehicle was illegal I myself or anyone of the vehicle commited, Comitt or was comiting a crime, I myself or anyone of the vehicle wasn't handed a citation for a traffic violation so the search was illegal

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Officer Patrick D. Kelly Violated my 4th, 14th amendment Right by Entering my Resident without my consent or search warrant

Officer John A. Fox violated my 4th, 14th amendment Right by search my personal concealed bag without a search warrant or consent

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Lost of wages because being incarceration: $31,200

For falsely incarcerated: $117,000

Slander of Character: $117,000

Total of $265,200

ATTENTION: *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act...." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). ATTENTION: *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

ATTENTION: *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☒ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: _____ Case #: _____

   Court: _____

2. Date: _____ Case #: _____

   Court: _____

3. Date: _____ Case #: _____

   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☒ YES  ☐ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

　　3:21-CV-1052-LC-HTC
1. Case #: _____ Parties: _____

Court: _____ Judge: _Hope Thai Cannon_

Date Filed: _9-22-21_ Dismissal Date *(if not pending)*: _10-29-21_

Reason: _____

2. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

   ☐ YES   ☐ NO

   If you answered yes, identify all lawsuits:

   1. Case #: _____ Parties: _____

      Court: _____ Judge: _____

      Date Filed: _____ Dismissal Date *(if not pending)*: _____

      Reason: _____

   2. Case #: _____ Parties: _____

      Court: _____ Judge: _____

      Date Filed: _____ Dismissal Date *(if not pending)*: _____

      Reason: _____

   3. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 12/06/21 Plaintiff's Signature: *Charles Lee Moultrie Jr.*



Printed Name of Plaintiff: Charles Lee Moultrie Jr.

Correctional Institution: Escambia County Jail

Address: 3C208A

P.O. Box 17800 Pensacola Fl. 32522

I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☐ deposited in

the prison's mail system for mailing on the __12__ day of __06__,
20 __21__.

Signature of Incarcerated Plaintiff: _Charles L. Moultrie Jr._



Charles L. Moultrie 302298A
P.O. Box 17800 Escambia County Jail
Pensacola, Fl. 32522

RECEIVED DEC 10 2021
RECEIVED DEC 10 2021
RECEIVED DEC 10 2021

Mailed From The
Escambia County Jail
Dorm C

U.S. District Court
Northern District of Florida
1 North Palafox Street
Pensacola, Fl. 32502